UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-mj-02819-Louis

UNITED STATES OF AMERICA

v.

PEDRO ROSARIO SANTANA and
FRANKLIN DOMINGUEZ
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___Yes _x_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___ Yes _x_ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: _____
HILLARY T. IRVIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502595
99 NE 4th Street
Miami, Florida 33132-2111
Tel (305) 961-9094
Fax (305) 530-7976
Hillary.Irvin@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PEDRO ROSARIO SANTANA and FRANKLIN DOMINGUEZ,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:22-mj-02819-Louis<br>)<br>)<br>)<br>) |

### CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __April 19, 2022__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

DEA SA Brian Smith
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this ____ day of May, 2022.

Date: 5/13/2022

*Judge's signature*

City and state: Miami, Florida

Lauren F. Louis, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Brian Smith, being duly sworn, hereby depose and state the following:

## INTRODUCTION

1. I am a Special Agent with the Drug Enforcement Agency (DEA) and have been so employed since 1998. I am presently responsible for conducting narcotics smuggling investigations, including the use of marine vessels. As a Special Agent with DEA, I have participated in narcotics investigations involving physical and electronic surveillance, assisting with the control and administration of confidential sources, the importation of narcotics, and domestic drug organizations. As a law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 19, 21, 31 and 46 of the United States Code.

2. The information contained in this Affidavit is submitted for the sole purpose of establishing probable cause to charge Pedro Rosario SANTANA and Franklin DOMINGUEZ, for violating Title 46, United State Code, Sections 70503(a)(1) and 70506(b), to wit, conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. As such, this Affidavit does not contain the details of every aspect of this investigation. Furthermore, this Affidavit is based on my personal knowledge, as well as information obtained from other law enforcement personnel.

## PROBABLE CAUSE

3. On April 19, 2022, maritime patrol officers located a vessel covered by a tarp, which was adrift in the water 77 nautical miles southeast of Isla Beata, Dominican Republic. The vessel did not have any nationality. When officers inquired, the vessel's occupants did not claim

any nationality, which permitted maritime patrol officers to enforce United States' laws. Officers witnessed jettisoned packages directly around the vessel. SANTANA and DOMINGUEZ were the sole occupants onboard the vessel. Officers collected seven (7) packages from the water. Officers field tested one package which tested positive for the presence of cocaine. In total, the packaged weight of the cocaine was 210 kilograms. Officers transported both SANTANA and DOMINGUEZ to United States Coast Guard Station Wichita.

4. On May 12, 2022, SANTANA and DOMINGUEZ arrived in the Southern District of Florida where they were taken into custody by federal law enforcement agents. Officers provided them *Miranda* warnings in Spanish, which they waived in writing. Officers interviewed SANTANA and DOMINGUEZ separately. In a post-*Miranda* interview, DOMINGUEZ stated that he was offered $35,000 by an unidentified man to obtain cocaine from Venezuela and transport it back to the Dominican Republic. SANTANA informed officers that a different unidentified male offered him $35,000 to smuggle Haitian nationals by boat from Venezuela. When he arrived at the boat, he was informed that the plan was no longer to smuggle the Haitian nationals but instead to pick up cocaine in Venezuela.

5. Both SANTANA and DOMINGUEZ admitted to traveling from the Dominican Republic to Venezuela together to obtain cocaine. Both informed law enforcement officers that while returning to the Dominican Republic, the boat motor malfunctioned and they were adrift for three (3) days prior to being discovered by law enforcement.

[space intentionally left blank]

6.  Based on the foregoing facts, I submit that probable cause exits to believe that SANTANA and DOMINGUEZ did knowingly and willfully conspire to possess with the intent to distribute a controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

FURTHER AFFIANT SAYETH NAUGHT.

Brian Smith
Special Agent
Drug Enforcement Agency

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this 12 day of May, 2022.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

3